# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL ACTION NO. 07-739-1** |
| v. : | |
| : | **CIVIL ACTION NO. 12-1639** |
| **VINCENT CARTER,** : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 15th day of November 2012, upon consideration of Defendant Vincent Carter's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 129), and the Government's response thereto, and after a review of the record in this case, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** that:

1. The Motion is **DENIED**; and

2. The Court finds no ground upon which to issue a certificate of appealability.[1]

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**

---

[1] See 28 U.S.C. § 2253(c)(2).